UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:20- cv-1239

| | |
|---|---|
| LARRY G. PHILPOT | / |
| Plaintiff, | / |
| vs. | / |
| MYAREA NETWORK, INC., | / |
| Defendant. | / |

## ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Defendant, MYAREA NETWORK, INC. ("Defendant"), by and through counsel, hereby responds to the Complaint filed by Plaintiff, LARRY G. PHILPOT ("Plaintiff.") For convenience, the language of each specific numbered paragraph in the Complaint is followed by Defendant's response. Unless specifically admitted, Defendant denies each of the allegations in the Complaint. Defendant admits, denies, and alleges as follows:

### PRELIMINARY STATEMENT

Defendant notes portions of the Preliminary Statement contain legal conclusions and opinions, outside of the short plain statement supporting a claim for relief pursuant to R. Civ. Pro. 8(a)(2), and is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.

### PARTIES

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1, and therefore denies those allegations.

2. Admit.

## JURISDICTION AND VENUE

3. Admit.

4. Admit.

5. Admit.

6. Admit.

## FACTUAL BACKGROUND

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7, and therefore denies those allegations.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and therefore denies those allegations.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9, and therefore denies those allegations.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10, and therefore denies those allegations.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11, and therefore denies those allegations.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12, and therefore denies those allegations.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13, and therefore denies those allegations.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and therefore denies those allegations.

D. ANSWER AND AFFIRMATIVE DEFENSES

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and therefore denies those allegations.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and therefore denies those allegations.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and therefore denies those allegations.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18, and therefore denies those allegations.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19, and therefore denies those allegations.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20, and therefore denies those allegations.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and therefore denies those allegations.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and therefore denies those allegations.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, and therefore denies those allegations.

24. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and therefore denies those allegations.

25. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25, and therefore denies those allegations.

D. ANSWER AND AFFIRMATIVE DEFENSES

26. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and therefore denies those allegations.

27. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27, and therefore denies those allegations.

28. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28, and therefore denies those allegations.

29. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29, and therefore denies those allegations.

30. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30, and therefore denies those allegations.

31. Defendant admits that Creative Commons license exist.

32. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32, and therefore denies those allegations.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33, and therefore denies those allegations.

34. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34, and therefore denies those allegations.

35. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35, and therefore denies those allegations.

36. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36, and therefore denies those allegations.

37. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37, and therefore denies those allegations.

D. ANSWER AND AFFIRMATIVE DEFENSES

38. Defendant admits that it published an image of Willie Nelson at https://www.512area.com/ website at http://www.512area.com/nightlife/willie-nelson-comes-home-to-austin-city-limits-music-festival.html and http://myareanetworkphotos.s3.amazonaws.com/editor-photos/f/169642_19700_147561901. Defendant denies that it infringed Plaintiff's copyright.

39. Admit.

40. Admit.

41. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41, and therefore denies those allegations.

42. Defendant admits that it published an image of Carlos Santana on the https://www.727area.com/ website at http://www.727area.com/events/top-10-things-to-do-this-weekend-in-st-pete-and-clearwater-april-18th-21st.html, http://www.727area.com/st-petersburg/downtown-st-ptersburg/events/341597/santana-at-al-lang-stadium.htm, and http://myareanetworkphotos.s3.amazonaws.com/event_photos/f/341597_1549462795.jpg. Defendant denies that it infringed Plaintiff's copyright.

43. Admit.

44. Admit.

45. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45, and therefore denies those allegations.

46. Defendant denies the allegations in Paragraph 46.

**CLAIMS**
**Count One: Copyright Infringement**

D. ANSWER AND AFFIRMATIVE DEFENSES

47. Defendant repeats and fully incorporates by reference, its answers to Paragraphs 1 through 46 as if fully set forth herein.

48. Admit.

49. Defendant admits that it published an image of Willie Nelson at http://www.512area.com/ website at https://www.512area.com/nighlife/willie-nelson-comes-home-to-austin-city-limits-music-festival.html and https://myareanetworkphotos.s3.amazonaws.com/editorphotos/f/169642_19700_1475616901.jpg. Defendant is without knowledge as to the remainder of the allegations in Paragraph 49 and therefore denies those allegations.

50. Admit.

51. Defendant admits that it published an image of Carlos Santana on the https://www.727area.com/ website at http://www.727area.com/events/top-10-things-to-do-this-weekend-in-st-pete-and-clearwater-april-18th-21st.html, http://www.727area.com/st-petersburg/downtown-st-ptersburg/events/341597/santana-at-al-lang-stadium.htm, and http://myareanetworkphotos.s3.amazonaws.com/event_-photos/f/341597_1549462795.jpg. Defendant is without knowledge as to the remainder of the allegations in Paragraph 51 and therefore denies those allegations.

52. Defendant denies the allegations in Paragraph 52.

53. Defendant denies the allegations in Paragraph 53.

54. Defendant denies the allegations in Paragraph 54.

55. Defendant denies the allegations in Paragraph 55.

56. Defendant denies the allegations in Paragraph 56.

57. Defendant denies the allegations in Paragraph 57.

D. ANSWER AND AFFIRMATIVE DEFENSES

58. Defendant denies the allegations in Paragraph 58.

59. Defendant denies the allegations in Paragraph 59.

## JURY DEMAND

Defendant hereby demands a trial by jury on all issues so triable.

## GENERAL DENIAL

Defendant denies each factual allegation in the Complaint that is not specifically admitted or otherwise addressed in the preceding paragraphs and demands strict proof thereof.

## ANSWER TO PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to the judgment and relief prayed for in Paragraphs 1 – 6 of the Complaint.

## AFFIRMATIVE DEFENSES

Defendant denies that Plaintiff is entitled to any of the relief sought in Plaintiff's Complaint and asserts the following defenses to Plaintiff's claims. Assertion of a defense is not a concession that Defendant has the burden of proving the matter asserted.

## FIRST AFFIRMATIVE DEFENSE

60. Plaintiff's Complaint, and each cause of action therein, fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

61. Plaintiff has sustained no harm, irreparable or otherwise, due to Defendant's actions.

## THIRD AFFIRMATIVE DEFENSE

62. Defendant has not engaged in any conduct that would make this an exceptional case or that would entitle Plaintiff to an award of its reasonable attorneys' fees.

## FOURTH AFFIRMATIVE DEFENSE

63. Plaintiff's claims are barred by the doctrine of Fair Use.

## FIFTH AFFIRMATIVE DEFENSE

64. Plaintiff's Complaint is barred, in whole or in part, by equitable doctrines of acquiescence, laches, or estoppel.

65. Specifically, Plaintiff's claims as to its Willie Nelson Photo are barred by the statute of limitations.

66. Defendant published an image of Willie Nelson in association with a news story on October 4, 2016.

67. Defendant believes that Plaintiff knew or should have known of the Defendant's news story prior to May 30, 2017.

## SIXTH AFFIRMATIVE DEFENSE

68. Plaintiff's Complaint is barred by the doctrine of de minimus use.

## REQUEST FOR RELIEF

Defendant denies that Plaintiff is entitled to any of the relief sought in Plaintiff's Request for Relief and respectfully requests that this Court enter judgment in Defendant's favor and grant the following relief:

a. Deny all relief requested by Plaintiff in view of any or all of the denials or affirmative defenses set forth above;

b. Deny Plaintiff's request for actual and statutory damages due to its predatory prosecution habits.

c. Deny that Plaintiff is entitled to its reasonably costs and attorney's fees due to its predatory prosecution habits.

d.  Enter judgment against Plaintiff for an amount within the jurisdictional limits of the Court; and

e.  Award Defendant its reasonable attorneys' fees for defending this action;

f.  Award Defendant such other and further relief as the Court may deem just and proper.

## RESERVATION OF RIGHTS

Defendant reserves the right, upon further investigation and discovery, to assert such claims against Plaintiff as may be just and appropriate under the circumstances.

Dated: August 24, 2020

Respectfully submitted,

/s/ Thomas H. Stanton
Thomas H. Stanton
Stanton IP Law Firm, P.A.
201 E. Kennedy Blvd. Suite 825
Tampa, FL 33602
tstanton@stantoniplaw.com
813.421.3883
Florida Bar Member – 127,444

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 24, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       Respectfully submitted,

       */s/ Thomas H. Stanton*
       Thomas H. Stanton
       Stanton IP Law Firm, P.A.
       201 E. Kennedy Blvd. Suite 825
       Tampa, FL 33602
       tstanton@stantoniplaw.com
       813.421.3883
       Florida Bar Member – 127444
       *Attorney for Defendant*

## SERVICE LIST

Rinky S. Parwani, Esq.
Parwani Law, P.A.
9905 Alambra Avenue
Tampa, FL 33619
Phone: (813) 514-8280
Fax: (813) 514-8281
Florida Bar No.: 629634
rinky@parwanilaw.com
*Attorney for Plaintiff*

D.ANSWERANDAFFIRMATIVEDEFENSES